IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                   Criminal No. 5:13CR50073-001

NOAH DILLIPLANE

## **FINAL ORDER OF FORFEITURE**

On October 3, 2013, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 15). In the Preliminary Order of Forfeiture, a Jimenez Arms, model J.A. 380, 280 caliber pistol, serial number 175796, and any ammunition were forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 18 U.S.C. § 3665.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. 853(n)(1). On November 26, 2013, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on October 3, 2013, shall become final at this time.

1

IT IS SO ORDERED this 4th day of March, 2013.

_____
HONORABLE JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAR 0 4 2014
CHRIS R. JOHNSON, CLERK
BY          DEPUTY CLERK